# EXHIBIT A

An official website of the United States government Here's how you know



# Trademark search



Registration number 4695492

**Result 1 of 1** for 4695492



## Trademark

Smile More

## Wordmark
SMILE MORE

**Serial number**
86342612

**Filing date**
2014-07-21

**Registration number**
*4695492*

**Registration date**
2015-03-03

**Status**
LIVE REGISTERED

**Status date**
2024-06-20

**Registration type**
PRINCIPAL

**Case status**
The registration has been renewed.

**Publication date**
2014-12-16

**Class**
016, 018, 025, 035

**TM5 Status**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Related Properties Information

Show in Case summary view

N/A

## Goods and services

Show in Case summary view

IC 016: Pens; Rubber bands; Stickers. | **First Use Anywhere:** *September 01, 2013* | **First Use in Commerce:** *September 01, 2013*

IC 018: Backpacks. | **First Use Anywhere:** *September 01, 2013* | **First Use in Commerce:** *September 01, 2013*

IC 025: Beanies; Shirts; Tank tops. | **First Use Anywhere:** *September 01, 2013* | **First Use in Commerce:** *September 01, 2013*

IC 035: On-line retail store services featuring apparel and clothing. | **First Use Anywhere:** *September 01, 2013* | **First Use in Commerce:** *September 01, 2013*

## Current owner

Show in Case summary view

**Name**
Roman Atwood

**Address**
927 Blacklich Road
Millersport OHIO 43046
UNITED STATES OF AMERICA

Feedback

**Entity type**
INDIVIDUAL

**Organized**
UNITED STATES

**Ownership transitions**
No assignments

## Mark information

Show in Case summary view

**Mark literal element**
SMILE MORE

**Standard character claim**
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark type**
SERVICE MARK,TRADEMARK

**Mark drawing code**
(4) Standard character drawing

**Description**
N/A

**Translation**
N/A

**Transliteration**
N/A

**Disclaimer**
N/A

**Design codes**

## Basis information

Show in Case summary view

**Filed**
1(a)

**Currently**
1(a)

## Attorney information

Show in Case summary view

**Name**
Benjamin C. Haynes

**Address**
N/A

**Primary email**
Ben@hayneslegalgroup.com

**Docket number**
N/A

## Correspondence information

Show in Case summary view

**Name**
Benjamin C. Haynes

**Address**
Haynes Law Group
407 WEKIVA SPRINGS RD STE 217
LONGWOOD Florida 32779
United States

**Email**
Ben@hayneslegalgroup.com

Feedback

## Prosecution history and documents

Show in Case summary view

Documents only

| Date ↓ | Description | Document | Proceeding |
|---|---|---|---|

| | | |
|---|---|---|
| 2024-06-20 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| 2024-06-20 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| 2024-06-20 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| 2024-06-20 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| 2024-06-20 | Notice of Acceptance Renewal - Email | Notice of Acceptance Renewal - Email |

Items per page: 5 1 – 5 of 54

## Proceedings

Show in Case summary view

**Proceeding number**
92062027

**Filing date**
2015-08-12

**Status**
Terminated

**Status date**
2019-04-29

**TTAB proceedings details**
1 proceedings

**Defendant name**
Roman Atwood

**Address**
BENJAMIN C HAYNES
HAYNES & DE PAZ PA
407 WEKIVA SPRINGS RD STE 217
LONGWOOD, FL 32779, UNITED STATES

**Email**
ben@haynesanddepaz.com

**Plaintiff name**
Disorderly Kids, LLC

**Address**
JESSIE K REIDER
BUCHALTER NEMER APC
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES, CA 90017, UNITED STATES

**Email**
trademark@buchalter.com,jreider@buchalter.com,mseror@buchalter.com

Feedback

## International registration (Section 66a)

Show in Case summary view

N/A

## Foreign information

Show in Case summary view

N/A

## Maintenance

Show in Case summary view

## information

**Declaration**
§9 Renewal Granted
§8 (10 year) - Accepted

**Declaration of incontestability**
N/A

**Process status**
N/A

**Office action**
N/A

**Next form to file**
§8 Declaration and §9 Application for Renewal

**Earliest renewal date**
2034-03-03

**Latest renewal date without additional fee**
2035-03-05

**Latest renewal date with additional fee**
2035-09-04

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

**Receive updates from the USPTO**

Enter your email to subscribe or update your preferences

your@email.com **Subscribe**

Follow us

Feedback