**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SMILE MORE® INTELLECTUAL HOLDINGS, LLC,**

**Plaintiff,**

**vs.** **CASE NO.: 6:26-cv-02240**

**AMERICAN EAGLE OUTFITTERS, INC., a Delaware Corporation, and THE SMILEY COMPANY D/B/A THE SMILEY COMPANY SPRL A/K/A SMILEYWORLD LIMITED,**

**Defendants**

_______________________________________/

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Benjamin C. Haynes, Esq., will serve as Lead Counsel for Plaintiff, SMILE MORE® INTELLECTUAL HOLDINGS LLC ("SMILE MORE®"), in the above-styled action:

Benjamin C. Haynes, Esq.
Haynes Law Group, P.A.
407 Wekiva Springs Road, Suite 217
Longwood, FL 32779
Telephone: (407) 960-7377
Email: Ben@hayneslegalgroup.com

Respectfully submitted,

*/s/Benjamin C. Haynes, Esq.*
Benjamin C. Haynes, Esq.
Florida bar No. 91139
Haynes Law Group, P.A.
407 Wekiva Springs Road, Suite 217
Longwood, FL 32779
Telephone: (407) 960-7377
Email: Ben@hayneslegalgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

AMERICAN EAGLE OUTFITTERS, INC.,
A Delaware Corporation, Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

THE SMILEY COMPANY D/B/A
THE SMILEY COMPANY SPRL
A/K/A SMILEYWORLD LIMITED
The Leathermarket, Lafone House, Unit 4.1
11/13 Weston Street
London, SE1 3ER, GB

*/s/Benjamin C. Haynes, Esq.*
Benjamin C. Haynes, Esq.