AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SMILE MORE® INTELLECTUAL HOLDINGS, LLC

*Plaintiff(s)*

v.

AMERICAN EAGLE OUTFITTERS, INC., a Delaware Corporation, and THE SMILEY COMPANY D/B/A THE SMILE COMPANY SPRL A/K/A SMILEYWORLD LIMITED

*Defendant(s)*

Civil Action No. 6:26-CV-02240-PGB-CAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE SMILEY COMPANY D/B/A THE SMILE COMPANY SPRL A/K/A SMILEYWORLD LIMITED
The Leathermarket, Lafone House, Unit 4.1
11/13 Weston Street
London, SE1 3ER, GB

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BENJAMIN C. HAYNES, ESQ.
Haynes Law Group, P.A.
Florida Bar No. 91139
407 Wekiva Springs Road, Ste. 217
Longwood, FL 32779
P. (407) 960-7377
Email: Ben@hayneslegalgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*