**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SMILE MORE INTELLECTUAL HOLDINGS, LLC,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-02240-PGB-CAB**

**AMERICAN EAGLE OUTFITTERS, INC., A DELAWARE CORPORATION; AND THE SMILEY COMPANY,**

**Defendants,**

______________________________

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________________________
______________________________________________
______________________________________________
______________________________________________

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 16, 2026

*/s/Benjamin C. Haynes, Esq.*
Plaintiff(s) Counsel of Record
or *Pro Se* Party
[Address and Telephone]
Haynes Law Group, P.A.
Florida Bar No.: 91139
407 Wekiva Springs Road, Ste. 217
Longwood, FL 32779
P. (407) 960-7377
Email: Ben@hayneslegalgroup.com

______________________________
Defendant(s) Counsel of Record
or Pro Se Party
[Address and Telephone]