# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

**SMILE MORE INTELLECTUAL HOLDINGS, LLC,**

*Plaintiff*

v.

**AMERICAN EAGLE OUTFITTERS, INC., a Delaware Corporation, and THE SMILEY COMPANY D/B/A THE SMILE COMPANY SPRL A/K/A SMILEYWORLD LIMITED**

*Defendant*

Civil Action No. 6:26-CV-02240-PGB-CAB

## VERIFIED RETURN OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action.

I received the following documents on October 16, 2026, at 4:47 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to American Eagle Outfitters, Inc., a Delaware Corporation in New Castle County, DE on October 19, 2026 at 10:56 am at 1209 N Orange St, Wilmington, DE 19801-1120 by leaving the following documents with Elias Greene who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for American Eagle Outfitters, Inc., a Delaware Corporation.

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
Exhibit-B-(Filed_9.25.26)
STANDING ORDER_REGARDING DISCOVERY MOTIONS-9-30-26-2
Exhibit- E-Filed-9.25.26)
Exhibit- A-(Filed_9.25.26)
Order-9-28-26-1
Exhibit-D-(Filed_9.25.26)
COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNAUTHORIZED USE
Exhibit-C-(Filed_9.25.26)
Race: White, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est.

Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.7482884156,-75.5476807821
Photograph: See Exhibit 1

Total Cost: $141.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ Kimberly Mcmullin

Signature
Kimberly Mcmullin
+1 (484) 319-1715
113 E Miner St, Apt 2, West Chester, PA 19382

Executed in
Montgomery County,
PA on 10/19/2026.


Exhibit 1a)
1209
FIRE
DEPARTMENT
CONNECTION
CT

Exhibit 1b)

**SOP Intake Portal**

**Date:** Mon, Oct 19, 2026

**Time:** 10:52 AM

**Name:** Wilmington Drop Serve

**Phone:** 800-592-9023

**Juris Served:** DE

**Job ID:** 929074

**Total Entries:** 10

Receipt of the following documents at the date, time and location indicated above.

| Entity Served | Agent Name | Case No. |
|---|---|---|
| AMC EAST COMMUNITIES LLC | THE CORPORATION TRUST COMPANY | 826CV03126WFJGDP |
| AMC EAST COMMUNITIES LLC | THE CORPORATION TRUST COMPANY | 826CV3093VMCAAS |
| AMERICAN EAGLE OUTFITTERS, INC. | THE CORPORATION TRUST COMPANY | 626CV02240PGBCAB |
| Aurora Pump Company | | 2026LA000965 |
| BW/IP, INC. | THE CORPORATION TRUST COMPANY | 2026LA000965 |
| G. DENVER AND CO., LLC | THE CORPORATION TRUST COMPANY | 2026LA000965 |
| GRINNELL LLC | THE CORPORATION TRUST COMPANY | 2026LA000965 |
| MORSE TEC LLC | THE CORPORATION TRUST COMPANY | 2026LA001184 |
| REDCO CORPORATION | THE CORPORATION TRUST COMPANY | 2026LA000965 |
| TORPAGO, INC. | THE CORPORATION TRUST COMPANY | 655846/2026 |

NOTE: This document serves solely as a record of the delivery of the listed documents at the specified date, time, and location and does not indicate or constitute CT's acceptance of service of any such documents. CT reserves the right to reject service of process as it deems necessary or appropriate.

Intake Specialist: Elias Greene

CT Corporation, a Wolters Kluwer Company