Filed:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-CV-02240-PGB-CAB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* American Eagle Outfitters, Inc., a Delaware Corporation was received by me on *(date)* 10/16/2026 .

☐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Elias Greene, with ccs , who is designated by law to accept service of process on behalf of *(name of organization)* American Eagle Outfitters, Inc., a Delaware Corporation on *(date)* 10/19/2026 ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ 141.75 for services, for a total of $ 141.75

I declare under penalty of perjury that this information is true.

Date: 10/19/2026

Kimberly Mcmullin

*Server's signature*

Kimberly Mcmullin

*Printed name and title*

113 E Miner St, Apt 2, West Chester, PA 19382

*Server's address*

Additional information regarding attempted service, etc: