**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SMILE MORE INTELLECTUAL HOLDINGS, LLC,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-02240-PGB-CAB**

**AMERICAN EAGLE OUTFITTERS, INC., A DELAWARE CORPORATION; AND THE SMILEY COMPANY,**

**Defendants,**

______________________________

**ORDER TO SHOW CAUSE**

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of September 28, 2026 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on October 26, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties