**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SMILE MORE INTELLECTUAL HOLDINGS, LLC,**
**Plaintiff,**

**v.** **Case No. 6:26CV-02240-PGB-CAB**

**AMERICAN EAGLE OUTFITTERS, INC., A DELAWARE COPORATION; AND THE SMILEY COMPANY,**
**Defendants.**

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DOC# 15)**

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby files this Response to the Court's Order to Show Cause (Doc #15) entered October 26, 2026, and states as follows:

1. On September 25, 2026, Plaintiff filed its Complaint (Doc #1) in this instant action.

2. On September 28, 2026, this Court entered its Initial Case Order (Doc #5) in this instant action requiring the parties to file a Notice of Pendency of Other Actions and a Disclosure Statement in this instant action.

3. On October 15, 2026, the Plaintiff, by and through the undersigned, filed its Notice of Pendency of Other Actions (Doc # 9).

4. On October 16, 2026, the Court rejected Plaintiff's Notice of Pendency

of other actions (Doc # 9) requiring that the Notice be re-filed under the appropriate docket text.

5. On October 16, 2026, Plaintiff, by and through the undersigned, filed its Notice of Pendency of Other Actions (Doc # 11) under the correct docket text in this instant action.

6. On October 26, 2026, Plaintiff, by and through the undersigned, filed its Disclosure Statement (Doc #16) in this instant action.

7. As of today's date, Plaintiff has complied with the Court's September 28, 2026, Initial Order to file Notice of Pendency of Other Actions and a Disclosure Statement as well as this Court's October 26, 2026, Order to Show Cause through the filing of this instant Response.

**WHEREFORE,** Plaintiff, respectfully requests that this Honorable Court accept this Response to the Court's Order to Show Cause and deem the Plaintiff's Notice of Pendency of Other Actions (Doc #11) and Plaintiff's Disclosure Statement (Doc #16) as filed; and any further relief this Court may deem just and proper.

Dated this 26th day of October 2026.

Respectfully Submitted,

*_/s/ Benjamin C. Haynes, Esq._*
Benjamin C. Haynes, Esq.
Haynes Law Group, P.A
407 Wekiva Springs Road, Ste. 217
Longwood, FL 32779
Email: Ben@hayneslegalgroup.com
P. (407) 960-7377

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court and furnished, via electronic mail or first-class regular mail, to the parties on the below service list, this 26th day of October 2026, to:

AMERICAN EAGLE OUTFITTERS,
INC, a Delaware Corporation
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

THE SMILEY COMPANY D/B/A
THE SMILE COMPANY SPRL A/K/A
SMILEYWORLD
LIMITED
The Leathermarket, Lafone House, Unit 4.1
11/13 Weston Street
London, SE1 3ER, GB

*/s/ Benjamin C. Haynes, Esq.*
Benjamin C. Haynes, Esq.
Florida Bar Number: 91139