**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SMILE MORE INTELLECTUAL HOLDINGS, LLC,**
**Plaintiff,**

**v.** **Case No. 6:26CV-02240-PGB-CAB**

**AMERICAN EAGLE OUTFITTERS, INC., A DELAWARE COPORATION; AND THE SMILEY COMPANY,**
**Defendants.**

**APPEARANCE OF COUNSEL**

TO: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for Plaintiff: **SMILE MORE INTELLECTUAL HOLDINGS, LLC.**

Dated this 5th day of November 2026.

Respectfully Submitted,

*/s/ Jared Grow, Esq,*
Jared Grow, Esq.
Florida Bar No.: 1069596
Haynes Law Group, P.A
407 Wekiva Springs Road, Ste. 217
Longwood, FL 32779
Email: Jared@hayneslegalgroup.com
P. (407) 960-7377

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Court and furnished, via electronic mail or first-class regular mail, to the parties on the below service list, this 5th day of November 2026, to:

DUSTIN MAUSER-CLASSEN, ESQ.
Dustin Mauser-Claassen, Esq.
King, Blackwell, Zehnder & Wermurth, P.A.
Attorneys for Defendant
American Eagle Outfitters, Inc.
25 E. Pine Street
Orlando, FL 32801
dmauser@kbzwlaw.com
qritter@kbzwlaw.com

STEPHANIE H. BALD+(Lead Counsel)
SAUL COHEN+
Kelly IP, LLP
Attorneys for Defendant
American Eagle Outfitters, Inc.
1150 Connecticut Ave., NW
Suite 600
Washington, DC 20036
Stephanie.Bald@kelly-ip.com
Saul.Cohen@kelly-ip.com

THE SMILEY COMPANY D/B/A
THE SMILE COMPANY SPRL A/K/A
SMILEYWORLD
LIMITED
The Leathermarket, Lafone House, Unit 4.1
11/13 Weston Street
London, SE1 3ER, GB

*/s/ Jared Grow, Esq.*
Jared Grow, Esq.
Florida Bar Number: 1069596